UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
-v-                                                                     :   23-CR-465 (JMF)
:
MICHAEL CAGLE,                                                          :   ORDER
:
Defendant.                                                 :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court has received the attached submission from the Defendant, proceeding without counsel, requesting (on page 7 of the attached PDF) a copy of the docket sheet and his plea agreement. Insofar as the Government retained possession of the latter following the Defendant's plea, the Government is ordered, **no later than June 21, 2024**, to mail a copy of the two documents, as well as a copy of this Order, to:

> MICHAEL CAGLE
> Register No. 59577-510
> USO Canaan
> Federal Correctional Institution
> P.O. BOX 300
> Waymart, PA  18472

        SO ORDERED.

Dated: June 17, 2024
       New York, New York

                                          JESSE M. FURMAN
                                          United States District Judge

UNITED STATES DISTRICT COURT

_____ District of _____

MICHAEL L. CAGE [Name of plaintiff],
                              Plaintiff
vs.
_____ [Name of defendant],
                              Defendant

No. 59577510

EX PARTE APPLICATION
FOR PAUPER STATUS
(28 U.S.C. § 1915(a))

*Relief Sought*

Michael Cagle [Name of plaintiff], plaintiff, seeks permission of the Court, pursuant to 28 U.S.C. § 1915, to proceed in this action without prepayment of filing or other fees and costs. 2

*Grounds for Relief*

The plaintiff should be granted pauper status because:

1. The affidavit attached to this Application states all of the assets of the plaintiff.

2. The affidavit attached to this Application states that the plaintiff believes that _____ [he *or* she] is entitled to the redress sought by this action. 3

3. The plaintiff is unable to pay the fees and costs or give security for them.

*Papers in Support of Application*

This Application is based on this document, on the supporting Affidavit of the plaintiff, on the Complaint to be filed in this action that has been lodged with the Court, and on any other papers, evidence, or argument presented in connection with this motion. 4

090

1

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

59577510

[*Caption. Form No. 54:450*]

AFFIDAVIT OF **Michael Cagle** [*NAME OF AFFIANT*]

```
                                    )
County of _____    )
                                    )

State of _____
```

**Michael Cagle** [*Name of affiant*], being duly sworn, deposes and states:

1. My name is **Michael Cagle** [*name of affiant*]. I am over 18 years of age.

2. I am fully competent to make this affidavit, and I have personal knowledge of the facts stated in this affidavit. To my knowledge, all of the facts stated in this affidavit are true and correct.

3. I am the plaintiff in this action. I make this affidavit pursuant to 28 U.S.C. § 1915(a)(1) in support of my request to be able to file and proceed with this action without the prepayment of costs, filing fees, or other fees or the posting of security for those costs or fees.

4. I **Michael Cagle** [*am or am not*] currently employed. [*Add if currently employed:* My employer's name is **N/A**, and my employer's address is **N/A**.]

5. My **N/A** [*current or last*] salary from employment **N/A** [*is or was*] $ **N/A** per **N/A** [*week or month or whatever*]. [*Add if no current employment:* I was last employed on **N/A** (*date*)].

6. Apart from employment for a salary or wages, in the last 12 months I received the following sums from these sources:

```
a. Business,              $ N/A    [dollar amount or
   profession, or           "none"].
   self-employment

b. Rent payments,         $ N/A    [dollar amount or
   interest, or             "none"].
   dividends
```

090                                    1

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Dated: 6/5/24

michael cagle [firm name]

By: michael cagle [signature]
michael L. Cagle [typed name]

N/A [address]

N/A [phone number]

N/A [e-mail address]

Attorneys for N/A

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

c. Pensions, annuities, or life insurance payments $N/A [*dollar amount or* "none"].

d. Gifts or inheritances $N/A [*dollar amount or* "none"].

e. Any other sources $N/A [*dollar amount or* "none"].

7. $ N/A of the $ N/A amount listed in Paragraph 6 of this Affidavit comes from __N/A__ [*describe source*].

8. $ N/A of the $ N/A amount listed in Paragraph 6 of this Affidavit comes from __N/A__ [*describe source*].

*[Continue with description of source for each sum received in last 12 months]*

9. I currently have the following amount in my possession in cash: $0.31 [*dollar amount or* "none"].

10. I currently have the following amounts available in banks or other financial institutions: 2

Checking account    N/A    [*Name of bank*]    $ N/A

Savings account    N/A    [*Name of bank*]    $ N/A

N/A
[*Type of account, e.g., Brokerage*] account
    N/A    [*Name of institution*]    $ N/A

*[Continue listing all accounts]*

11. I own [an interest in] N/A [the following *or* no] real property. [*Add if property owned:* N/A (*Description, e.g.,* A dwelling house located at N/A (*address*) with equity in the amount of $ N/A .)]

090                                             2

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

59577510

12. I own __N/A__ [the following *or* no] stocks and bonds. [*If property owned, list by description, amount, and current value:* These include __N/A__.]

13. I own __N/A__ [the following *or* no] automobiles. [*Add if autos owned:* I own __N/A__ (*make and model of all automobiles*).]

14. __N/A__, [The following persons *or* no one] owes me money. [*Add if money owed:* I am owed __N/A__ (*set out sum owed and identity of each debtor*)]

15. I own __N/A__ [the following *or* no] additional valuable property other than ordinary household furnishings and clothing. [*Add if additional property owned:* I own __N/A__ (*describe each property and its value*)]

16. The following persons are dependent on me for their support: 3

| Identity | Relationship | Amount of Support |
|---|---|---|
| __N/A__ [Name] | Spouse | $ __N/A__ |
| __N/A__ [Initials] | Minor child | $ __N/A__ |
| __N/A__ [Initials] | Disabled child | $ __N/A__ |

17. Because of poverty, I am unable to pay the initial costs and fees required to proceed in this action or to give security for those costs and fees. Therefore, I believe that I am entitled to relief under the provisions of 28 U.S.C. § 1915(a)(1).

18. I desire to bring this action in good faith, and I believe that I am entitled to the relief that I have asked for by means of this action.

I signed this Affidavit on __6/6/24__ [*date*] at _____ [*city, state*].

__Michael Cagh__ [*signature*]

__MichAEL Cagh__ [*typed name*]

090                                    3

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

SUBSCRIBED AND SWORN TO BEFORE ME on
_____ _____ [date] at
_____ [city, state].

[Notary's seal]


_____ [notary's signature]


_____ [typed name]
Notary Public in and for
the State of _____.


My commission expires on
_____ [date].

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

I am requesting for my court docket sheet, as well my plea agreement, in relief of these papers ~~[scribbled out]~~ for the courts to release as of my Request.

Sincerely

Michael Cagle x

Michael Cagle x

